FILED

05/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0548

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0548

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

BRYAN HUGH HINDMAN,

     Defendant and Appellant.

ORDER

_____

Upon consideration of Appellant Bryan Hugh Hindman's motion for extension of time to file his reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until June 26, 2023, to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 22 2023